IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN M. BOTILLA

                Plaintiff,                              ORDER

     v.                                                        08-cv-432-slc

CITY OF MADISON POLICE DEPARTMENT,

                Defendant.

---

On September 3, 2008, plaintiff was allowed to proceed *in forma pauperis* on his claim under Title II of the Americans with Disabilities Act against defendant City of Madison Police Department. Defendant was served on September 12, 2008 and filed a timely answer on October 2, 2008. On October 3, 2008, plaintiff filed a motion for default judgment. This motion will be denied as defendant has filed its responsive pleading in a timely manner.

ORDER

IT IS ORDERED that plaintiff's motion for default judgment, dkt. # 7, is DENIED.

Entered this 7th day of October, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

1