IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN M. BOTILLA,

                Plaintiff,                  MEMORANDUM

v.                                            08-cv-432-slc

CITY OF MADISON POLICE DEPARTMENT,

                Defendant.

---

      Plaintiff has filed a document titled "Plaintiff Bottila's Initial Disclosures," that appears to be a list of potential witnesses and exhibits for trial. He has not signed the document as required by the Federal Rules of Civil Procedure. Under Rule 11(a), every pleading, motion and other paper filed with the court must be signed by the party if that party is not represented by counsel. "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a). Therefore, I am returning plaintiff's "Initial Disclosures" to him with his copy of this memorandum and giving him until November 26, 2008, in which to sign and return the document to this court. Failure

1

to do so will result in the document being stricken pursuant to Rule 11(a).

Entered this 12th day of November, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

2