IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEPHEN M. BOTTILA,

          Plaintiff,                        ORDER

    v.                                        08-cv-432-bbc

CITY OF MADISON POLICE DEPARTMENT,

          Defendant.

---

The parties were to have a scheduling conference with the court today at 8:30 a.m. However, plaintiff never called the courthouse as he had been directed to do. Thus it was not possible to connect him with counsel for defendant and hold the planned scheduling conference.

I will give plaintiff another opportunity to arrange a scheduling conference with counsel for defendant. I request counsel for defendant to advise the court promptly if plaintiff arranges such a conference.

For the parties' information, I have time available during the weeks of July 20 and August 10 in which to hold trial in this case.

Entered this 11th day of June, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge