IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEPHEN M. BOTTILA,

                                                           ORDER

                  Plaintiff,

    v.

                                                     08-cv-432-bbc

CITY OF MADISON POLICE
DEPARTMENT,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A continued telephone scheduling conference will be held on Thursday, June 18, 2009 at 8:30 a.m. Mr. Zach is to set up the conference call with plaintiff. The telephone number for chambers is (608) 264-5447.

Entered this 16th day of June, 2009.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge