IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHEN M. BOTTILA,

    Plaintiff,

v.

CITY OF MADISON POLICE
DEPARTMENT,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-432-bbc

This action came before the court and a jury with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been tried and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant City of Madison Police Department GRANTING defendant's motion for judgment as a matter of law and dismissing plaintiff's case.

Approved as to form this 11th day of August, 2009.

_Barbara B Crabb_
BARBARA B. CRABB,
DISTRICT JUDGE

_Peter Oppeneer_        8/13/09
Peter Oppeneer, Clerk of Court    Date